**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-7993

CHARLIE MATTHEWS,

             Plaintiff - Appellant,

        v.

VALERIE MURRAY; DR. COLIN OTTEY; WILLIAM BEEMAN; GREG FLURY;
LISA SCHINDLER,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:13-cv-00059-RDB)

Submitted:  February 27, 2014          Decided:  March 5, 2014

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charlie Matthews, Appellant Pro Se.   Michelle Jacquelyn
Marzullo, Richard P. Seitz, MARKS, O'NEILL, O'BRIEN, DOHERTY &
KELLY, P.C., Towson, Maryland; Gina Marie Smith, MEYERS, RODBELL
& ROSENBAUM, PA, Riverdale, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charlie Matthews appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Matthews v. Murray, No. 1:13-cv-00059-RDB (D. Md. Dec. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED